# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Micah Anderson, | Case No. 2:19-cv-00742-JAD-VCF |
| Plaintiff | **Order Overruling Objection, Adopting Report & Recommendation, and Dismissing Action as Frivolous** |
| v. | |
| Caesars Palace, et al., | [ECF Nos. 1, 3, 7, 8, 9] |
| Defendants | |

Pro se plaintiff Micah Anderson brings this action against a handful of hotel-casinos, their owners, and john does. Her allegations consist of just over fifty cause-of-action buzz words including "marine product liability," "prisoner petitions," and "alien detainee" and zero facts.[1] Magistrate Judge Ferenbach, who has screened this filing under 28 U.S.C. § 1915, recommends that I dismiss this action as frivolous and deny all pending motions as moot.[2]

Anderson objects to that recommendation, "requesting This Honorable Court to reconsider Plaintiff of not paying filing fee full due to no income."[3] She says nothing about the Magistrate Judge's conclusion that this action is frivolous or his recommendation to dismiss it. Having reviewed Anderson's complaint, the magistrate judge's report and recommendation, and Anderson's objection[4] de novo, I reach the same conclusion as the magistrate judge and find that

---

[1] ECF No. 1-1 at 5.

[2] ECF No. 3.

[3] ECF No. 8 at 1.

[44] Anderson styles this objection as a motion for reconsideration, *see* ECF No. 8, but it is more properly construed as an objection to the recommendation under LR IB 3-2 and 28 U.S.C. § 636(b)(1)(B).

this action is frivolous and should be dismissed on that basis and without leave to amend because amendment is unlikely to bring legitimacy to it.

Accordingly, IT IS HEREBY ORDERED that:

- Anderson's objections **[ECF No. 8] are OVERRULED**;
- The Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED in full**;
- This action is DISMISSED without leave to amend;
- All other motions **[ECF Nos. 1, 7, 9] are DENIED** without prejudice as moot.
- The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

Dated: May 19, 2019

_____
U.S. District Judge Jennifer A. Dorsey